JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZABRINA HORTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK ENTERTAINMENT TELEVISION, a Washington DC Corporation; VIACOM, a New York Corporation; AND does 1 THROUGH 100,<br><br>Defendants. | Case No. 2:16-cv-09501 FMO (MRWx)<br><br>**ORDER ON STIPULATION [18] DISMISSING THE ACTION WITH PREJUDICE (FRCP 41[a][1])**<br><br>Complaint Filed: October 11, 2016 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice, filed concurrently herewith, the Court hereby orders that the above-captioned action be dismissed with prejudice in its entirety, with the Parties bearing their own costs and fees.

SO ORDERED:

DATED: July 6, 2017 _____/s/_____
HON. FERNANDO M. OLGUIN
United States District Court Judge